UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID BENEDIC,

        Plaintiff,

  v.

SAN MATEO COUNTY, et al.,

        Defendants.

Case No. 22-cv-01480-WHO (PR)

**ORDER OF DISMISSAL**

Plaintiff David Benedic has not filed an amended complaint by the deadline of May 27, 2022.  Accordingly, this federal civil rights action is DISMISSED (without prejudice) for failing to comply with the Court's order and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Benedic may move to reopen.  Any such motion must contain an amended complaint that complies in all respects with the Order Dismissing Complaint With Leave to Amend.  (Dkt. No. 7.)  The motion also must have the words MOTION TO REOPEN written on the first page.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** July 8, 2022

                                                _____
                                                WILLIAM H. ORRICK
                                                United States District Judge